IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA and SAFECO INSURANCE COMPANY OF AMERICA, <br><br>Plaintiffs,<br><br>v.<br><br>JACOBSMEYER-MAULDIN CONSTRUCTION COMPANY, INC. JAMES C. JACOBSMEYER, LISA JACOBSMEYER, CURTIS MAULDIN, JR., and SUSAN MAULDIN,<br><br>Defendants. | Case No. 12-CV-00226-BCW |

## SUGGESTION OF BANKRUPTCY

COME NOW Defendants James C. Jacobsmeyer and Lisa Jacobsmeyer, by and through their undersigned counsel, and for their Suggestion of Bankruptcy states that a Chapter 7 Bankruptcy Petition was filed by James C. Jacobsmeyer and Lisa Jacobsmeyer in the United States Bankruptcy Court for the Eastern District of Missouri on September 24, 2012, Case No. 12-49314.

11 U.S.C. §362 operates as a stay of the commencement or continuation of a judicial proceeding against the Debtor that was or could have been commenced before commencement of the case under Title 11.

Respectfully submitted,

DESAI EGGMANN MASON LLC

By: */s/ Spencer P. Desai*
_____
SPENCER P. DESAI (#39877MO)
RYAN J. MASON (#56167MO)
7733 Forsyth Boulevard, Suite 2075
St. Louis, Missouri 63105
(314) 881-0800
Fax No. (314) 881-0820
sdesai@demlawllc.com
rmason@demlawllc.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading is served by electronic filing in the CM/ECF system of the United States District Court for the Western District of Missouri on this 26th day of September, 2012 to:

Carol Z. Smith, Esq.
Bruce B. Waugh, Esq.
Gilliland & Hayes, P.A.
8717 W. 110th Street
Overland Park, KS 66210

*/s/ Spencer P. Desai*