IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:12-CV-00226-BCW ) |
| JACOBSMEYER-MAULDIN CONSTRUCTION COMPANY, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER AND CONSENT JUDGMENT
## AGAINST CERTAIN DEFENDANTS

Before the Court is Defendants' Consent and Stipulation for Entry of Judgment Against Certain Defendants (Doc. #19). The Court being duly advised of the premises, and for good cause shown, acknowledges and grants said Stipulation. Pursuant to the Consent and Stipulation, it is hereby

ORDERED, ADJUDGED, AND DECREED judgment be entered in favor of Safeco Insurance Company of America ("Safeco") and against only Defendants Jacobsmeyer-Mauldin Construction Company, Inc., Curtis J. Mauldin, Jr., and Susan Mauldin in the amount of One Hundred Sixty-Two Thousand Nine Hundred Eighty-Nine Dollars and Forty-Six Cents ($162,989.46).

IT IS SO ORDERED.

DATED: January 31, 2013

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT