IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA and SAFECO INSURANCE COMPANY OF AMERICA, </br></br>Plaintiffs, </br></br>vs. </br></br>JACOBSMEYER-MAULDIN CONSTRUCTION COMPANY, INC., et al., </br></br>Defendants. | Case No. 12-00226-CV-W-DGK |

## SATISFACTION OF JUDGMENT AS TO ONLY DEFENDANTS CURTIS J. MAULDIN AND SUSAN MAULDIN

Plaintiffs First National Insurance Company of America and Safeco Insurance Company of America (collectively "Plaintiffs"), hereby advise this Court that defendants Curtis Mauldin and Susan Mauldin ("Mauldins") have satisfied the Judgment as to themselves only, stating as follows:

1. On or about December 3, 2012, the Mauldins and co-defendant Jacobsmeyer-Mauldin Construction Company, Inc. ("JMCC") filed with the court their Consent and Stipulation for Entry of Judgment against Certain Defendants [Doc. 19].

2. On or about December 28, 2012, plaintiffs entered into a Settlement Agreement ("Settlement") with the Mauldins.

3. Pursuant to the Settlement, the Mauldins agreed to make certain payments ("Payments") to plaintiffs in exchange for satisfaction of the judgment against only the Mauldins.

4. On or about January 31, 2013, the Court entered its Order and Consent Judgment against Certain Defendants ("Judgment") [Doc. 20].

5. Plaintiffs confirm that the Mauldins have timely made all of the Payments pursuant to the Settlement.

6. As a result, plaintiffs hereby inform the court of the satisfaction of the Judgment only against the Mauldins.

7. The Judgment (and a balance due thereon) remains in full force and effect against JMCC.

WHEREFORE, plaintiffs request that this Court's records reflect that the Judgment has been satisfied only as it relates to the Mauldins and that the Judgment remains in full force and effect against JMCC.

GILLILAND & HAYES, LLC

/s/ Carol Z. Smith
Carol Z. Smith      MO #37836
Bruce B. Waugh      MO #26331
8717 W. 110th Street
Overland Park, KS 66210
(913) 317-5100
FAX (913) 317-9100
csmith@gh-ks.com
bwaugh@gh-ks.com

ATTORNEYS FOR PLAINTIFFS
FIRST NATIONAL INSURANCE COMPANY OF AMERICA and SAFECO INSURANCE COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Partial Satisfaction of Judgment was filed with the Clerk of the Court using the ECF/CM court filing system who will send notice of such filing to all interested parties.

/s/ Carol Z. Smith
Carol Z. Smith

3