IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA and SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> JACOBSMEYER-MAULDIN CONSTRUCTION COMPANY, INC., JAMES C. JACOBSMEYER, LISA JACOBSMEYER, CURTIS MAULDIN, JR. and SUSAN MAULDIN <br><br> Defendants. | Case No. 12-00226-CV-W-DGK |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF JAMES C. JACOBSMEYER AND LISA JACOBSMEYER

Plaintiffs First National Insurance Company of America and Safeco Insurance Company of America ("Plaintiffs") and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal without prejudice of defendants James C. Jacobsmeyer and Lisa Jacobsmeyer.

The parties further advise the Court that on September 24, 2012, James C. Jacobsmeyer and Lisa Jacobsmeyer filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Missouri on September 24, 2012, Case No. 12-49314 (Doc. 18). On April 29, 2013, the bankruptcy court entered an Order of Discharge.

All claims in the above case have been fully adjudicated.

| | |
|---|---|
| GILLILAND & HAYES, P.A. | DESAI EGGMANN MASON, LLC |
| /s/ Carol Z. Smith | /s/ Ryan J. Mason |
| Carol Z. Smith   MO #37836 | Spencer P. Desai   MO#39877 |
| Bruce B. Waugh   MO #26331 | Ryan J. Mason   MO#56167 |
| 8717 W. 110th Street | 7733 Forsyth Boulevard Suite 2075 |
| Overland Park, KS 66210 | St. Louis, MO 63105 |
| (913) 317-5100 FAX (913) 317-9100 | (314) 881-0800 Fax No. (314) 881-0820 |
| csmith@gh-ks.com | sdesai@demlawllc.com |
| bwaugh@gh-ks.com | rmason@demlawllc.com |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |